# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**KYLE ROWAN**                                                                           **PLAINTIFF**

v.                  **CASE NO. 2:25-CV-00031-BSM**

**PROGRESSIVE NORTHWESTERN**
**INSURANCE COMPANY, et al.**                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 28th day of July, 2025.

                                                       */s/ Brian S. Miller*
                                               UNITED STATES DISTRICT JUDGE